```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 09514
   EUNICE D CRAWFORD
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

          Debtor
    SSN XXX-XX-2911

--------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 05/25/2007 and was confirmed 07/18/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 09/10/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------
CHASE HOME FINANCE LLC   CURRENT MORTG          .00            .00            .00
CHASE HOME FINANCE LLC   MORTGAGE ARRE       281.95            .00          71.54
CODILIS & ASSOCIATES ^   NOTICE ONLY     NOT FILED            .00            .00
HOUSEHOLD FINANCE CORP   CURRENT MORTG          .00            .00            .00
BANK FIRST               UNSECURED       NOT FILED            .00            .00
CAPITAL ONE              UNSECURED       NOT FILED            .00            .00
AT & T WIRELESS          UNSECURED       NOT FILED            .00            .00
SHELL/CITI               UNSECURED       NOT FILED            .00            .00
CREDIT MANAGEMENT INC    UNSECURED       NOT FILED            .00            .00
DEPENDON COLLECTION SE   UNSECURED       NOT FILED            .00            .00
ECAST SETTLEMENT CORP    UNSECURED       NOT FILED            .00            .00
CHARMING SHOPPES FASHION UNSECURED          719.57            .00            .00
PORTFOLIO RECOVERY ASSOC UNSECURED         1623.81            .00            .00
FIRST NATIONAL BANK OF M UNSECURED       NOT FILED            .00            .00
FIRST NATIONAL COLLECTIO NOTICE ONLY     NOT FILED            .00            .00
GC SERVICES DATA CONTROL NOTICE ONLY     NOT FILED            .00            .00
ECAST SETTLEMENT CORP    UNSECURED          650.22            .00            .00
ILLINOIS DEPT PUBLIC AID UNSECURED       NOT FILED            .00            .00
LEADING EDGE RECOVERY SO NOTICE ONLY     NOT FILED            .00            .00
MERCY HOSPITAL           UNSECURED       NOT FILED            .00            .00
ORCHARD BANK             UNSECURED       NOT FILED            .00            .00
OSI FUNDING CORP         UNSECURED       NOT FILED            .00            .00
PORTFOLIO RECOVERY ASSOC NOTICE ONLY     NOT FILED            .00            .00
PROVIDIAN FINANCIAL      UNSECURED       NOT FILED            .00            .00
RJM ACQUISTIONS          UNSECURED       NOT FILED            .00            .00
AT & T BANKRUPCTY        UNSECURED       NOT FILED            .00            .00
SHAW BROTHERS CO INC     NOTICE ONLY     NOT FILED            .00            .00
SHERMAN ACQUISITIONS LP  UNSECURED       NOT FILED            .00            .00
TLI HEALTH CARE RESOURCE UNSECURED       NOT FILED            .00            .00
RONALD CRAWFORD          NOTICE ONLY     NOT FILED            .00            .00
RONALD CRAWFORD          NOTICE ONLY     NOT FILED            .00            .00
BNC MORTGAGE             NOTICE ONLY     NOT FILED            .00            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 09514 EUNICE D CRAWFORD
```

```
BNC MORTGAGE              NOTICE ONLY    NOT FILED            .00            .00
HOUSEHOLD FINANCE CORP    MORTGAGE ARRE   1834.90             .00        1046.70
US BANK NATIONAL          NOTICE ONLY    NOT FILED            .00            .00
ECAST SETTLEMENT CORP     UNSECURED       1673.06             .00            .00
JEFFERSON CAPITAL SYSTEM  UNSECURED       1057.49             .00            .00
PORTFOLIO RECOVERY ASSOC  UNSECURED       1651.20             .00            .00
ROUNDUP FUNDING LLC       UNSECURED        987.05             .00            .00
ILLINOIS DEPT OF HUMAN S  UNSECURED       2807.43             .00            .00
RESURGENT CAPITAL SERVIC  UNSECURED        839.41             .00            .00
LEGAL HELPERS PC          DEBTOR ATTY    1,425.00                        1,425.00
TOM VAUGHN                TRUSTEE                                          198.06
DEBTOR REFUND             REFUND                                           228.70

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                       RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                2,970.00

PRIORITY                                          .00
SECURED                                      1,118.24
UNSECURED                                         .00
ADMINISTRATIVE                               1,425.00
TRUSTEE COMPENSATION                           198.06
DEBTOR REFUND                                  228.70
                       ---------------     ---------------
TOTALS                 2,970.00             2,970.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
     Dated: 01/28/09          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE




                         PAGE   2
           CASE NO. 07 B 09514 EUNICE D CRAWFORD